**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **OLIVA BETANCOURT-GARCIA** | **CASE NO. 6:26-CV-01671** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA, ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

Before the Court is Petitioner's "Renewed Pro Se Emergency Motion for Preliminary Relief and Immediate Release Based on New Evidence and Materially Changed Circumstances" [ECF No. 24]. For the reasons stated below, the motion is DENIED.

Preliminary injunctive relief is an "extraordinary remedy" that should only be granted if the movant has "clearly carried the burden of persuasion" on the following four elements: (1) a substantial likelihood that the movant will prevail on the merits; (2) a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) granting the injunction will not disserve the public interest.[1] The decision to grant preliminary injunctive relief "is to be treated as the exception rather than the rule."[2]

Considering the record in this case, including the magistrate judge's recommendation that the petition be dismissed [ECF No. 14], Petitioner has not demonstrated a likelihood of success on the merits of her claims. The new evidence presented by Petitioner does not change the

---

[1] *Miss. Power & Light Co. v. United Gas Pipe Line Co.*, 760 F.2d 618, 621–22 (5th Cir. 1985); *see also Perez v. City of San Antonio*, 163 F.4th 110, 118 (5th Cir. 2025).
[2] *Miss. Power & Light Co.*, 760 F.2d at 621.

substance or legal basis of these claims nor increase her chances of success on the merits.

Accordingly,

IT IS HEREBY ORDERED that Petitioner's "Renewed Pro Se Emergency Motion for Preliminary Relief and Immediate Release Based on New Evidence and Materially Changed Circumstances" [ECF No. 24] is DENIED.

THUS DONE in Chambers on this 23rd day of September, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE