**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **OLIVA BETANCOURT-GARCIA** | **CIVIL ACTION NO. 26-1671** |
| | **SECTION P** |
| **VS.** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Oliva Betancourt-Garcia's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

LAFAYETTE, LOUISIANA, this 2nd day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE